UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARLA TERRY-KAMMENZIND,<br><br>Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No.  1:14-CV-3191-RMP<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This case is remanded to the Commissioner for the immediate calculation and award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED: October 9, 2015

SEAN F. McAVOY
Clerk of Court

By: *s/Cora Vargas*
Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE